IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02403-ZLW-CBS

JILLIAN WHITE,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

October 27, 2010
DATE

_____
U.S. DISTRICT JUDGE